CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 3 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **TONY SYLVESTER HARRIS,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:05-cv-00454** |
| | ) | **Crim. No. 1:97-cr-00032** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **By: Hon. James C. Turk** |
| **Respondent.** | ) | **Senior United States District Judge** |
| | ) | |

In accordance with the written memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that the above referenced motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. §2255, shall be and hereby is **DISMISSED**, pursuant to Rule 4 of the Rules Governing §2255 Proceedings, as untimely filed; petitioner's pending requests for discovery and preparation of transcripts at government expense (Dkt. Nos. 9 and 11) are hereby **DENIED**; and this action is stricken from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and to counsel of record for the respondent.

ENTER: This _____13th_____ day of September, 2005.

_____
Senior United States District Judge